

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHAD DuBOIS, | * | CIV. 06-4049 |
| Plaintiff, | * | |
| vs. | * | ORDER DETERMINING |
| | * | IN FORMA PAUPERIS STATUS |
| ROBERT DOOLEY; Warden, Mike Durfee State Prison, in his official and individual capacity; MARK STEIL, in his official and individual capacity, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

It satisfactorily appears from the prison records that the average monthly deposits to plaintiff's prisoner trust account for the past six months was $72.50, and that his average monthly balance for the past six months was $115.91. The current balance of his prisoner trust account is $118.57.

The court finds that plaintiff is required by the Prison Litigation Reform Act, 28 U.S.C. § 1915, to make an initial partial filing fee of $23.18.

Upon the record,

IT IS ORDERED:

1. That plaintiff's motion to proceed in forma pauperis is granted, subject to further review to determine if this action should hereafter be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

2. That plaintiff shall make an initial partial fee payment for docketing and filing fees in the amount of $23.18 to the clerk of this court on or before April 28, 2006.

3. That the institution having custody of the plaintiff is hereby directed that whenever the amount in plaintiff's trust account exceeds $10.00, monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account shall be forwarded to the U.S. District Court Clerk's Office pursuant to 28 U.S.C. § 1915(b)(2), until the filing fee is paid in full.

Dated this 10th day of March, 2006.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By: _____, Deputy
(SEAL)