UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**
MAR 10 2006
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHAD DuBOIS, | * | CIV. 06-4049 |
| Plaintiff, | * | |
| vs. | * | ORDER ALLOWING SERVICE |
| ROBERT DOOLEY; Warden, Mike Durfee State Prison, in his official and individual capacity; MARK STEIL, in his official and individual capacity, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

It has been determined that the plaintiff can proceed in forma pauperis in this action brought under 42 U.S.C. § 1983,

Now, therefore,

IT IS ORDERED:

1. That the United States Marshal serve a copy of the complaint, summons, order for filing in forma pauperis, and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

2. That plaintiff shall serve upon defendants, or, if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court. He shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to defendants or their counsel. Any paper

received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Dated this 10th day of March, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By: _____, Deputy
(SEAL)